# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AUGUSTINE MAYORGA, | Case No. 1:14-cv-00099-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR PRIORITY LAW LIBRARY STATUS |
| v. | (Doc. 15) |
| ESLICK, et al., | |
| Defendants. | |

Plaintiff Jose Augustine Mayorga, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 23, 2014. Plaintiff's federal constitutional claims arise out of events in 2012 at Sierra Conservation Center in Jamestown, California.

On April 10, 2014, Plaintiff filed a motion seeking an order granting him priority law library status.

The discretion to grant or deny inmates priority law library status rests exclusively with prison officials, *see Griffin v. Gomez*, 741 F.3d 10, 20-1 (9th Cir. 2014), and the pendency of this action does not give the Court jurisdiction over staff at Pleasant Valley State Prison, *Summers v. Earth Island Institute*, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009); *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 559-61, 112 S.Ct. 2130 (1992); *Mayfield v. United States*, 599 F.3d 964, 969 (9th Cir. 2010).

///

Accordingly, Plaintiff's motion for priority law library status is DENIED.

IT IS SO ORDERED.

Dated:   **June 21, 2014**                                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE