# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AUGUSTINE MAYORGA,<br><br>    Plaintiff,<br><br>    v.<br><br>ESLICK, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:14-cv-00099-LJO-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING DUE PROCESS AND RETALIATION CLAIMS, DISMISSING DEFENDANTS ALLEN AND DUNCAN, AND REFERRING MATTER TO MAGISTRATE JUDGE FOR SERVICE OF AMENDED COMPLAINT<br><br>(Docs. 21 and 22) |

Plaintiff Jose Augustine Mayorga, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 23, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

In a Findings and Recommendations filed on June 29, 2015, the Magistrate Judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and recommended this action proceed only on his Eighth Amendment claims. On July 15, 2015, Plaintiff filed a notice of non-opposition. Local Rule 304(b).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on June 29, 2015, is adopted in full;

2. This action for damages shall proceed on Plaintiff's amended complaint against Defendants Eslick, Paugh, and Knigge for use of excessive force, in violation of the Eighth Amendment; and against Defendants Eslick, Jane Doe 2, Mason, Knigge, Broderick, and Pilcher for denial of medical care, in violation of the Eighth Amendment;

3. Plaintiff's due process claim is dismissed, with prejudice, for failure to state a claim;

4. Plaintiff's retaliation claim is dismissed, with prejudice, for failure to state a claim;

5. Defendants Allen and Duncan are dismissed based on Plaintiff's failure to state any claims against them; and

6. This matter is referred back to the Magistrate Judge to initiate service of process.

IT IS SO ORDERED.

Dated: **July 16, 2015**             /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE